JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA M. HUERTA-WILLIAMSON,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LAGUNA BEACH, TAYLOR RYAN, ROBERT J. GIFFORD and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:15-cv-01089 AG (DFMx)<br><br>Assigned for all purposes to:<br>Hon. Judge Andrew J. Guilford<br><br>**ORDER OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Date Action Filed: July 20, 2015<br>Trial Date: June 6, 2017 |

## **ORDER**

After considering the parties' Joint Stipulation for Voluntary Dismissal With Prejudice, IT IS HEREBY ORDERED that all claims in the above-captioned action shall be, and hereby are, dismissed with prejudice, and that each party shall bear its own costs and attorneys' fees.

Dated: March 24, 2017  By: _____

The Hon. Andrew J. Guilford
United States District Judge